■ SYLVIA MISURACA et al., Plaintiffs, v AMERICA'S SOUTHERN TIER EXTERMINATING et al., Defendants and Third-Party Plaintiffs-Appellants-Respondents. MIKE P. BEVILACQUA, Individually and Doing Business as MIKE P. BEVILACQUA'S RAY S. COOPER AGENCY, Third-Party Defendant-Appellant; U. S. UNDERWRITERS INSURANCE Co., Third-Party Defendant-Respondent. [649 NYS2d 870] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Purple, Jr., J. (Appeals from Order of Supreme Court, Steuben County, Purple, Jr., J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.

■ In the Matter of NIAGARA MOHAWK POWER CORPORATION, Appellant, v TOWN OF TONAWANDA ASSESSOR et al., Respondents. (Appeal No. 1.) [649 NYS2d 871] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted respondents' motion to settle the record on appeal and did not improperly limit the record on respondents' appeals. The contention of petitioner that the court erred in denying its cross motion to resettle a prior order by failing to include certain case law has not been preserved for our review. We note, in any event, that "an order denying a motion to resettle a substantive portion of a previous order is not appealable" (Gifaldi v Dumont Co., 172 AD2d 1025, 1026). (Appeal from Order of Supreme Court, Erie County, Glownia, J.—Settle Record.) Present—Green, J. P., Lawton, Fallon, Callahan and Doerr, JJ.